AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 18, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JOHN-MICHAEL RAY DURHAM | ) |
| *Plaintiff* | ) |
| v. | ) |
| ASHLEY HOPKINS, KELSEY FORD, ANNA JAMESON, DR. ALISHA GRAHAM, CAITLYN KWAMINA, BETH WILLEY, SCOTT PHILLIPS, JUDGE JEREMY T. SCHMIDT, COMMISSIONER KEVIN D. STEWART, COMMISSIONER JULIA M. PELC, SAMANTHA GRAY, KATIE CHRISTOPHERSON, and JASON HAINES | ) ) ) ) |
| *Defendants* | |

Civil Action No.   2:24-CV-00401-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Judgment in favor of Defendants.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Stan Bastian _____

Date:  6/18/2025 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Wendy Kirkham _____
*(By) Deputy Clerk*

Wendy Kirkham _____